UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOEL PEREZ AVITIA,

    Defendant.

Case No. 3:25-cr-31

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 26); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INFORMATION (Doc. No. 25) FORWARD**

---

    For good cause shown, the Court **GRANTS** the Government's motion to unseal (Doc. No. 26) and **DIRECTS** the Clerk of Court to unseal the Information (Doc. No. 25) and all subsequent filings in this case. This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

    **IT IS SO ORDERED.**

<u>June 4, 2025</u>　　　　　　　　　　　　　　s/*Michael J. Newman*　　　　
　　　　　　　　　　　　　　　　　　　　　Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　United States District Judge